ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for Defendants, John Fallick and Nicholas Mueller*

By:   Peter M. Draper (Atty. ID. No. 012112012)
      Deputy Attorney General
      (609) 376-2852
      peter.draper@law.njoag.gov

```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                     VICINAGE OF CAMDEN
```

| | |
|---|---|
| DEBRA L. STEVENS, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JIMMY LEE TESTA AND IN HER OWN RIGHT,<br><br>Plaintiffs,<br>v.<br><br>JOHN FALLICK, NICHOLAS MUELLER, et al.,<br><br>Defendants. | HON. ROBERT S. KUGLER, U.S.D.J.<br><br>Civ. Action No. 18-15257-RMB-KMW<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Peter M. Draper, Deputy Attorney General, as Attorney for Defendants, John Fallick and Nicholas Mueller, and terminating the appearance of Kai W. Marshall-Otto, Deputy Attorney General, on behalf of his Defendants in the above-entitled case.

| | |
|---|---|
| ANDREW J. BRUCK<br>ACTING ATTORNEY GENERAL | ANDREW J. BRUCK<br>ACTING ATTORNEY GENERAL |
| By: s/ Kai W. Marshall-Otto<br>Kai W. Marshall-Otto<br>Deputy Attorney General<br>Withdrawing Attorney | By: s/ Peter M. Draper<br>Peter M. Draper<br>Deputy Attorney General<br>Substituting Attorney |

Dated: September 27, 2021