MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants, John Fallick, Nicholas Muller*


By:  Peter M. Draper
     Deputy Attorney General
     Attorney ID No. 012112012
     (609) 376-2852
     peter.draper@law.njoag.gov


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| DEBRA L. STEVES, ADMINISTRAOTR AD PROSEQUENDUM OF THE ESTATE OF JIMMY LEE TESTA and in her own right, | HON. Karen M. Williams, U.S.D.J. |
| | Civ. Action No. 18-15257 (KMW-SAK) |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| JOHN FALLICK, NICHOLAS MULLER, JOHN DOES 1-10 and ABC Entities A-Z, | |
| Defendants. | |

The undersigned hereby consent to the substitution of Marvin

L. Freeman, Deputy Attorney General, as Attorney for Defendants,

John Fallick and Nicholas Muller, and terminating the appearance

of Peter M. Draper, Deputy Attorney General, on behalf of these

Defendants in the above-entitled case.

MATTHEW J. PLATKIN               MATTHEW J. PLATKIN
ATTORNEY GENERAL                 ATTORNEY GENERAL

By: s/ Peter M. Draper          By: s/ Marvin L. Freeman
      Peter M. Draper                  Marvin L. Freeman
      Deputy Attorney General          Deputy Attorney General
      Withdrawing Attorney             Substituting Attorney

Dated:    June 12, 2023