```
OLIVER T. BARRY, ESQUIRE
Attorney ID # 082282013
Barry, Corrado & Grassi, P.C.
2700 Pacific Avenue
Wildwood, New Jersey 08260
(P) (609) 729-1333 (F) (609) 522-4927
obarry@capelegal.com
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA L. STEVENS, Administrator ad Prosequendum of the Estate of JIMMY LEE TESTA and in her own right,<br>　　　Plaintiff<br>v.<br><br>JOHN FALLICK and NICHOLAS MUELLER,<br>　　　Defendants. | CASE NUMBER: 18-cv-15257-SAK<br><br>Magistrate Judge Sharon A. King<br><br>**NOTICE OF MOTION TO RELEASE ADOPTION RECORDS** |

```
TO:  E. Marie Hayes, Surrogate
     Office of the Cape May County Surrogate
     9 North Main Street
     Cape May Court House, NJ 08210

     Kevin T. Flood, Esquire
     181 Route 206
     Hillsborough, NJ 08844
     Attorneys for Plaintiff

     Solomon Mordechai Radner, Esquire
     The Law Office Of Keith Altman
     Excolo Law PLLC
     33228 West 12 Mile Road, Suite 375
     Farmington Hills, MI 48334
     Attorneys for Plaintiff

     Conrad J. Benedetto, Esquire
     The Law Offices of Conrad J. Benedetto
     1615 S. Broad Street
     Philadelphia, PA 19148
     Attorneys for Plaintiff
```

Marvin L. Freeman, Esquire
Braheem Lamar Ukaidi, Esquire
State of New Jersey
Office of the Attorney General
25 Market Street
P.O. BOX 112
Trenton, NJ 08625
Attorneys for Defendants

PLEASE TAKE NOTICE that on December 2, 2024, or as soon thereafter as counsel may be heard, the undersigned will move on behalf of plaintiff before the above named Court for an Order to release adoption records.

Plaintiff will rely on the attached brief, affidavit, and attached exhibits. A proposed form of order is attached.

                              BARRY, CORRADO & GRASSI, P.C.
                              Attorneys for plaintiff

Dated: 11/7/24         By: _____
                              Oliver T. Barry, Esquire